UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tasha Chapman,

    Plaintiff,

    v.

Franklin County Sheriff, *et al.*,

    Defendants.

Case No. 2:22-cv-2524

Judge Michael H. Watson

Magistrate Judge Litkovitz

## ORDER

Upon recommittal, Magistrate Judge Litkovitz issued a supplemental Report and Recommendation ("R&R") recommending the Court dismiss all of Plaintiff's remaining claims except the First Amendment claim against the Franklin County Sheriff in his official-capacity. R&R 17, ECF No. 7. The R&R notified Plaintiff of her right to object to the recommendations contained therein and of the consequences of failing to do so. *Id.* at 18. Plaintiff failed to file timely objections. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES** all of Plaintiff's remaining claims except the official-capacity First Amendment claim.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT