UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Tasha Chapman,

    Plaintiff,

v.

Franklin County Sheriff, *et al.*,

    Defendants.

Case No. 2:22-cv-2524

Judge Michael H. Watson

Magistrate Judge Litkovitz

## ORDER

On May 22, 2023, Magistrate Judge Litkovitz issued a Report and Recommendation ("R&R") recommending the Court dismiss Plaintiff's Complaint with prejudice for failure to prosecute. R&R, ECF No. 23. The R&R correctly explained that the Court had previously ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and noted that Plaintiff had not responded to the show cause order. *Id.* Finally, the R&R recommended certifying that any appeal of this case would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3). *Id.* The R&R notified Plaintiff of her right to object to the recommendations therein and that failure to timely object could amount to a forfeiture of rights on appeal. *Id.*

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. The Complaint is

**DISMISSED WITH PREJUDICE** for failure to prosecute.[1] The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this case would not be taken in good faith.

The Clerk shall close the case.

**IT IS SO ORDERED.**

*[signature]*

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] In the alternative, even if the Court were to conduct a *de novo* review of the R&R, it would nonetheless dismiss Plaintiff's claims for failure to prosecute. The show cause order warned Plaintiff that failure to respond to that order could result in dismissal. ECF No. 22. Plaintiff has not responded to the show cause order or otherwise filed anything on the docket since the Court issued the show cause order. Therefore, dismissal with prejudice for failure to prosecute is appropriate.